IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| DESIREE C. SKINNER | : |
| | :    C.A. NO.: |
| v. | : |
| | : |
| JACK M. ALLEN, SATTERFIELD TRUCKING CORPORATION and PACCAR FINANCIAL CORP., | : |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE:

Defendant, Satterfield Trucking Corporation (Satterfield), by and through its attorneys, Rawle and Henderson, LLP, respectfully aver as follows:

**1.** Defendant, Satterfield, at all material times, was and is a corporation incorporated under the laws of the State of Tennessee and with a principal place of business located in Talbot, Tennessee.

**2.** At all material times hereto, plaintiff was and is a citizen of the State of New Jersey, and upon information and belief she resides in Salem, New Jersey. (See Exhibit A - Delaware Uniform Collision Report.)

**3.** Plaintiff has commenced a civil action against defendant in the Superior Court of Delaware in and for New Castle County. The Complaint, was filed on May 14, 2005. (See Exhibit B)

**4.** By letter of August 24, 2005, counsel for defendant, Satterfield agreed to accept service of the complaint. (See attached letter as Exhibit C) The Complaint was served on the defendant's attorney's on or about September , 2005.

1

1192543 v.1

5. Plaintiff has alleged permanent injuries and extensive medical care to her neck, back, head, thoracic spine, depression <u>etc</u>. as a result of the accident at issue in this lawsuit.

6. In addition, plaintiff's counsel has certified that the value of the lawsuit is in excess of $100,000. ( A copy of the Certificate of Value is attached hereto as Exhibit D.)

7. Based upon a fair reading of the Complaint and the Certificate of Value, plaintiff has set forth a claim in which an amount in excess of the jurisdictional limit of $75,000, exclusive of interest and costs, may be at stake.

8. This Removal is timely filed pursuant to 28 U.S.C. §1446 as service was effectuated on September 12, 2005. (See attached Letter as Exhibit E)

9. Diversity of citizenship within the meaning of 28 U.S.C. §1332, exists between plaintiffs and defendants since:

(a) plaintiff is a citizen and resident of the State of New Jersey; and

(b) defendant, Satterfield Trucking is not a citizen or resident of the State of New Jersey or Delaware.

c) defendant, Jack Allen is a resident of the State of Tennessee.

d) defendant, PACCAR Financial Corp. is a corporation upon information and belief existing and organized under the laws of the State of Georgia.

Furthermore, diversity of citizenship existed at the time the action sought to be removed was commenced and continues through the time of filing of this notice, such that defendant is entitled to removal pursuant to 28 U.S.C. §1441 as amended, and 28 U.S.C. §1446.

1192543 v.1

WHEREFORE, defendant, Satterfield Trucking Corporation prays that the above-captioned action now pending in the Superior Court of Delaware in and for New Castle County, be removed there from to This Honorable Court.

                RAWLE & HENDERSON, LLP

          By:   /s/ Delia A. Clark
                Delia A. Clark (DAC 3337)
                Attorneys for Defendants
                300 Delaware Avenue, Suite 1015
                Wilmington, DE  19801
                (302) 778-1200

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the within-captioned Notice of Removal Pursuant to 28 U.S.C. §1446(d) was served via first-class mail, postage prepaid, on counsel for plaintiffs listed below:

Matthew M. Bartkowski, Esq.
Kimmel, Carter, Roman & Peltz, P.A.
200 Biddle Avenue, Ste 101
PO Box 1070
Bear, DE 19701


RAWLE & HENDERSON, LLP

By:____/s/ Delia A. Clark_____
       Delia A. Clark
       Attorneys for Defendants
       300 Delaware Avenue, Suite 1015
       Wilmington, DE  19801
       (302) 778-1200



Dated: September 19, 2005

1192543 v.1