# EXHIBIT A

06/11/03  15:58:33  RRS #:893606403746333          Adj:CLAIMCENTRAL Claim#:30-V650-  PAGE:002

8931606042

| REPORTABLE PROPERTY DAMAGE | ☐ | NON-REPORTABLE | ☐ | STATE OF DELAWARE UNIFORM TRAFFIC COLLISION REPORT | | |
|---|---|---|---|---|---|---|
| | | LATE REPORT | ☐ | | T-1 DRBA | |
| PERSONAL INJURY | ☑ | HAZ / MAT. | ☐ | | TROOP/DEPARTMENT | |
| FATALITY | ☐ | COMM. VEH. | ☑ | | | |

| 3. MON. - DATE - YEAR | 4. DAY | 5. TIME OCCURRED | 6. NOTIFIED | 7. ARRIVED | | GRID NO. | 9. SECTOR | 1C. LIGHT CONDITION | 20 |
|---|---|---|---|---|---|---|---|---|---|
| 05/21/2003 | WE | 20:50 | 20:53 | 20:54 | | 108 / 344 | | | |

10. NUMBER & NAME OF STREET OR HIGHWAY - CTY. RTE. NO. = INTERSECTING WITH STREET OR ROAD - CTY. RTE. NO.

ON: I-295 N/B, LANE #1 DMB

| 12. WEATHER CONDITION | 23 |
|---|---|

| 11. NON. INTSECT. | 1 | ☒☒☒ | N E S W | MILES | INTERSECTING WITH STREET OR ROAD - CTY. RTE. NO. RT. 9 INTERCHANGE |
|---|---|---|---|---|---|

| 13. SURFACE CONDITION | 2B |
|---|---|

| 16. PRIM CONTRIB CIRCUM. | 13 | 5. SPEED TOO FAST 6. FAIL TO YIELD ROW 10. PASSED STOP SIGN | 11. DISREGARD TRAFFIC SIGNAL 12. DROVE LEFT OF CENTER 13. IMPROPER PASSING | 14. FOLLOWING TOO CLOSE 15. MADE IMPROPER TURN 16. DRIVING UNDER INFLUENCE | 17. MECH. DEFECT | 13. TRAFFIC CONTROL | 35 | FUNCT. PROPER | 1 |
|---|---|---|---|---|---|---|---|---|---|

| 17. COLLISION INVOLVED | 37 | 18. ON RDWY. | 1 | 19. EMERG. RESPON. | 2 | 3.7 | MILES | N E S W | IN. OF: | CITY OR TOWN WILMINGTON | 21. CTY. | N | 22. CODE | 91 | 23. MILE POINT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 24. NAME | LAST | ALLEN | FIRST JACK | M.I. M. | 24. NAME | LAST SKINNER | FIRST DESIREE | M.I. C. |
|---|---|---|---|---|---|---|---|---|

| 25. STREET ADDRESS 146 BRYANT STREET | | 25. STREET ADDRESS 69 OLIVE STREET | |
|---|---|---|---|

| 26. CITY NEWPORT | 27. STATE TN | 28. ZIP 37821 | 29. PHONE 423-623-4418 | 26. CITY SALEM | 27. STATE NJ | 28. ZIP 08079 | 29. PHONE 856-935-0895 |
|---|---|---|---|---|---|---|---|

| 30. DRIVERS LICENSE NO. 31144566 | 31. STATE TN | 32. DOB 07/28/1936 | 33. AGE 66 | 34. SEX M | 30. DRIVERS LICENSE NO. S48801656354662 | 31. STATE NJ | 32. DOB 04/20/1966 | 33. AGE 37 | 34. SEX F |
|---|---|---|---|---|---|---|---|---|---|

| 35. SOBRIETY | 48 | 36. TESTED | 2 | 37. TYPE | 4 | RESULT 0 | TEST NUMBER | 35. SOBRIETY | 48 | 36. TESTED | 2 | 37. TYPE | 4 | RESULT 0 | TEST NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 38. VEHICLE YR. 1995 | 39. VEHICLE MAKE FRHT | 40. MODEL TRACTOR | 41. BODY STYLE | 65 | 38. VEHICLE YR. 1990 | 39. VEHICLE MAKE NISSAN | 40. MODEL 240SX/ 2DR. | 41. BODY STYLE | 56 |
|---|---|---|---|---|---|---|---|---|---|

| 42. REGISTRATION NO. 69986HY | 43. STATE TN | 44. COLOR BLU | 45. DAMAGE 200.00 | 46. TRAILERS ⊕1 2 3 | 42. REGISTRATION NO. AWETHAT | 43. STATE NJ | 44. COLOR RED | 45. DAMAGE 5,000.00 | 46. TRAILERS ⊕ 1 2 3 |
|---|---|---|---|---|---|---|---|---|---|

| 47. VEHICLE / TRACTOR OWNER: LAST SATTERFIELD TRUCKING CORPORATION | FIRST | M.I. | 47. VEHICLE / TRACTOR OWNER: LAST SAA | FIRST | M.I. |
|---|---|---|---|---|---|

| 48. STREET 254 LUCILLE LANE, | CITY TALBOTT | STATE TN | 48. STREET | CITY | STATE |
|---|---|---|---|---|---|

| 49. INSURANCE COMPANY CHEROKEE INSURANCE CO. | NUMBER CA030023 | 49. INSURANCE COMPANY STATE FARM INS. | NUMBER Y299237-D10-30 |
|---|---|---|---|

| 50. CHARGE / SECTION NUMBER UNSAFE LANE CHANGE 21/4122 (1) | 51. ARREST NO. DRA26462 | 50. CHARGE / SECTION NUMBER | 51. ARREST NO. |
|---|---|---|---|

| 52. NO. 1 TOWED BY: DRIVEN BY OWNER | | 52. NO. 2 TOWED BY: MARIO'S TOWING |
|---|---|---|
| TO: | | TO: CARNEY'S PNT, NJ |

CODE  WITNESS INFORMATION: (NAME, ADDRESS, PHONE NO. LOCATION)

66.
48    1997 FRUE TRAILER 1HZ, TN "Z69221" OWNED BY: PACCAR FINANCIAL
      CORP., 100 CRESENT CENTER PKWY TUCKER, GA 30084

      ON ABOVE DATE AND TIME, V-1 AND V-2 WERE TRAVELING ON I-295 E/B
      ON DMB LANES #1 AND #2. V-1 WAS TRAVELING IN LANE #2 OF DMB AND
      V-2 WAS TRAVELING IN LANE #1. V-1 ATTEMPTED TO CHANGE FROM LANE
      #2 TO LANE #1 STRIKING V-2'S LEFT REAR QUARTER PANEL FOR POI #1
      APPROX. 29' E/O L.S. B-165. V-1 CONTINUED ON CAUSING FURTHER
      DAMAGE TO V-2'S DRIVER'S-SIDE DOOR AND LEFT FENDER. V-1'S FRP
      WAS APPROX. 685' E/O POI #1. V-2'S FRP WAS APPROX. 485' E/O POI #1.

      OPER.1 STATED THAT HE USED HIS RIGHT TURN SIGNAL AND PROCEEDED
      TO CHANGE LANES TO THE RIGHT LANE. OPER.1 STATED HE DID NOT SEE
      V-2 WHEN HE MADE THE LANE CHANGE.

| 56. INVESTIGATING OFFICER A. SCHAAL | RANK PTL. | I.D. NUMBER 4464 | 57. SUPERVISOR'S APPROVAL DATE | 58. REVIEWER | 59. PAGE 1 OF 5 |
|---|---|---|---|---|---|

FORM #28 REV. 1/96

06/11/03  15:51:37  RRS #:89360640?3746333    Adj:CLAIMCENTRAL Claim#:30-V650-  PAGE:003

| 24. NAME | LAST | FIRST | M.I. | 24. NAME | LAST | FIRST | M.I. |
|---|---|---|---|---|---|---|---|

**25. STREET ADDRESS** | **25. STREET ADDRESS**

| 26. CITY | 27. STATE | 28. ZIP | 29. PHONE | 26. CITY | 27. STATE | 28. ZIP | 29. PHONE |

| 30. DRIVERS LICENSE NO. | 31. STATE | 32. DOB | 33. AGE | 34. SEX | 30. DRIVERS LICENSE NO. | 31. STATE | 32. DOB | 33. AGE | 34. SEX |

| 35. SOBRIETY | 36. TESTED | 37. TYPE | RESULT 0.____% | TEST NUMBER | 35. SOBRIETY | 36. TESTED | 37. TYPE | RESULT 0.____% | TEST NUMBER |

| 38. VEHICLE YR. | 39. VEHICLE MAKE | 40. MODEL | 41. BODY STYLE | 38. VEHICLE YR. | 39. VEHICLE MAKE | 40. MODEL | 41. BODY STYLE |

| 42. REGISTRATION NO. | 43. STATE | 44. COLOR | 45. DAMAGE S | 46. TRAILERS 0 1 2 3 | 42. REGISTRATION NO. | 43. STATE | 44. COLOR | 45. DAMAGE S | 46. TRAILERS 0 1 2 3 |

| 47. VEHICLE / TRACTOR OWNER: LAST | FIRST | M.I. | 47. VEHICLE / TRACTOR OWNER: LAST | FIRST | M.I. |

| 48. STREET | CITY | STATE | 48. STREET | CITY | STATE |

| 49. INSURANCE COMPANY | NUMBER | 49. INSURANCE COMPANY | NUMBER |

| 50. CHARGE / SECTION NUMBER | 51. ARREST NO. | 50. CHARGE / SECTION NUMBER | 51. ARREST NO. |

**52. NO. 3 TOWED BY:** | USE THIS SPACE FOR SKETCHING DAMAGE TO TRAILERS, MOTORCYCLES, ETC. | **52. NO. 4 TOWED BY:**

TO: | | TO:

**53.** | ✓ SCRETCHES | **53.**

N

DIAGRAM OF COLLISION

06/11/03  15:52:02  RBS #:893606403746333     Adj:CLAIMCENTRAL Claim#:30-V650-  PAGE:004

| ☑ 60. CONTINUATION | STATE OF DELAWARE | T-1 DMB | 1. 91-03-009127 | 2. DSP HQ. NO. (LEAVE BLANK) |
|---|---|---|---|---|
| ☐ 80. SUPPLEMENT | UNIFORM TRAFFIC | TROOP/DEPARTMENT | | |
| INITIAL REPORT DATE | COLLISION REPORT | | | |
| OPERATOR #1 | INJURY INFORMATION | | | |
| OPERATOR #2 | | | | |

| | 61. NAME: LAST | FIRST | M.I. | 69. SEX | 70. AGE | 71. VEH # | 72. NO. IN VEH. | 73. SEAT NO. | 74. STATUS | 75. FIRST AID | 76. INJURY CLASS | 77. EJECT | 78-1. RE-STRNT. | 78-2. RESTR. PROPR. | 78-3. PASS. RESTR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I-1 | SKINNER | DESIREE | C. | N ⊙ | 37 | 2 | 1 | 1 | 66 | 72 | 74 | 80 | 87 | 1 | 4 |
| | 62. ADDRESS 69 OLIVE STREET, SALEM, NJ 08079 | | | | | | | | | | | | | | |
| | 63. PHONE 856-935-0895 | 64. INJURIES NECK AND BACK STRAIN | | | | | | | | | | | | | 68. T & R |
| | 65. EXAMINED BY DR. ELLIS | 66. REMOVED BY 97 | 67. REMOVED TO CHRISTIANA HOSPITAL | | | | | | | | | | | | T & A |
| I-2 | 61. NAME: LAST | FIRST | M.I. | 69. SEX M F | 70. AGE | 71. VEH # | 72. NO. IN VEH. | 73. SEAT NO. | 74. STATUS | 75. FIRST AID | 76. INJURY CLASS | 77. EJECT | 78-1. RE-STRNT. | 78-2. RESTR. PROPR. | 78-3. PASS. RESTR. |
| | 62. ADDRESS | | | | | | | | | | | | | | |
| | 63. PHONE | 64. INJURIES | | | | | | | | | | | | | 68. T & R |
| | 65. EXAMINED BY DR. | 66. REMOVED BY | 67. REMOVED TO | | | | | | | | | | | | T & A |
| I-3 | 61. NAME: LAST | FIRST | M.I. | 69. SEX M F | 70. AGE | 71. VEH # | 72. NO. IN VEH. | 73. SEAT NO. | 74. STATUS | 75. FIRST AID | 76. INJURY CLASS | 77. EJECT | 78-1. RE-STRNT. | 78-2. RESTR. PROPR. | 78-3. PASS. RESTR. |
| | 62. ADDRESS | | | | | | | | | | | | | | |
| | 63. PHONE | 64. INJURIES | | | | | | | | | | | | | 68. T & R |
| | 65. EXAMINED BY DR. | 66. REMOVED BY | 67. REMOVED TO | | | | | | | | | | | | T & A |
| I-4 | 61. NAME: LAST | FIRST | M.I. | 69. SEX M F | 70. AGE | 71. VEH # | 72. NO. IN VEH. | 73. SEAT NO. | 74. STATUS | 75. FIRST AID | 76. INJURY CLASS | 77. EJECT | 78-1. RE-STRNT. | 78-2. RESTR. PROPR. | 78-3. PASS. RESTR. |
| | 62. ADDRESS | | | | | | | | | | | | | | |
| | 63. PHONE | 64. INJURIES | | | | | | | | | | | | | 68. T & R |
| | 65. EXAMINED BY DR. | 66. REMOVED BY | 67. REMOVED TO | | | | | | | | | | | | T & A |
| I-5 | 61. NAME: LAST | FIRST | M.I. | 69. SEX M F | 70. AGE | 71. VEH # | 72. NO. IN VEH. | 73. SEAT NO. | 74. STATUS | 75. FIRST AID | 76. INJURY CLASS | 77. EJECT | 78-1. RE-STRNT. | 78-2. RESTR. PROPR. | 78-3. PASS. RESTR. |
| | 62. ADDRESS | | | | | | | | | | | | | | |
| | 63. PHONE | 64. INJURIES | | | | | | | | | | | | | 68. T & R |
| | 65. EXAMINED BY DR. | 66. REMOVED BY | 67. REMOVED TO | | | | | | | | | | | | T & A |

| 73. SEAT NO. | 76. INJURY CLASS | 78. RESTRAINT (CONT) | 81. IF PEDESTRIAN INVOLVED PLACE CODE IN BLOCK |
|---|---|---|---|
| CAR 1 2 3 / 4 5 6 / 7 8 9 M/C 1 2 | GENERAL 1. YES 2. NO 3. UNKNOWN 4. N/A 5. PENDING 6. NONE 7. OTHER | 74. POSSIBLE INJURY 75. NON-INCAPACITATING 76. INCAPACITATING INJURY 77. FATAL INJURY | PED. #1    PED. #2 |
| 10-EXT. OF VEHICLE | 74. STATUS | 77. EJECTION 78. PARTIALLY EJECTED 79. TOTAL EJECTION 80. NO EJECTION | 101. CROSSING AT INTERS. 102. CROSSING NOT AT INTERS. 103. WALKING IN TRAFFIC 104. WALKING AGAINST TRAFFIC |
| 78. POSTED SPEED LIMIT | 66. DRIVE 67. PASSENGER 68. PEDESTRIAN 69. PEDACYCUST | 78. RESTRAINT LAP BELT ONLY 82. FASTENED 83. NOT FASTENED | 105. STANDING 106. PUSH OR WORK ON VEH. 107. OTHER WORKING 108. PLAYING 109. OTHER (DESCRIBE) |
| VEHICLE #1 ___ 50 VEHICLE #2 ___ 50 VEHICLE #3 ___ VEHICLE #4 ___ | 75. FIRST AID 70. POLICE 71. FIREMAN 72. AMBULANCE 73. REFUSED | LAP & SHOULDER 84. LAP ONLY USED 85. NEITHER USED 86. SHOULDER ONLY 87. BOTH USED | 66. REMOVED 97. AMBULANCE 98. PARAMEDIC 99. HELICOPTER 100. PRIV. OWNED VEH. |
| | | | 110 NOT IN RDW. ANY ACTION |

| 56. INVESTIGATING OFFICER A. SCHAAL | RANK PTL. | I.D. NUMBER 4484 | 57. SUPERVISOR'S APPROVAL DATE | 58. REVIEWER | 59. PAGE 3 OF 5 |
|---|---|---|---|---|---|

FORM 430 REV. 1997

06/11/03  15:52:54  RRS #:893606493746333        Adj:CLAIMCENTRAL Claim#:30-V650-  PAGE:005

| ☑ 60. **CONTINUATION** | STATE OF DELAWARE | | 1. ⓃⓄ 91-03-009127 | 2. |
|---|---|---|---|---|
| ☐ 80. **SUPPLEMENT** | UNIFORM TRAFFIC | T-1 DRBA | | |
| INITIAL REPORT DATE | COLLISION REPORT | TROOP/DEPARTMENT | | |
| OPERATOR # 1 | CONTINUATION / SUPPLEMENT | | | |
| OPERATOR # 2 | | | | |

CODE | 65.

OPER. 2  STATED THAT SHE WAS IN THE RIGHT LANE WHEN SHE SAW  V-1  START TO CHANGE FROM THE LEFT LANE INTO HER LANE, STRIKING HER VEHICLE.

INVESTIGATION REVEALED THAT  V-1 SUSTAINED MINOR DAMAGE TO THE TRAILER'S RIGHT SIDE (SCRATCHES). V-2 SUSTAINED DAMAGE TO THE ENTIRE LEFT SIDE OF THE VEHICLE.  THE DRIVER'S SIDE WINDOW, REAR WINDOW AND WINDSHIELD WERE SHATTERED.

OPER. 2 RECEIVED MINOR INJURIES (SEE INJURY REPORT). OPER. 1 REPORTED NO INJURIES AT THIS TIME.  OPER. 2 WAS TRANSPORTED TO CHRISTIANA ER BY HOLLOWAY TERRACE AMBULANCE.

| 66. INVESTIGATING OFFICER | RANK | I.D. NUMBER | 67. SUPERVISOR'S APPROVAL DATE | 58. REVIEWER | 69. |
|---|---|---|---|---|---|
| A. SCHAAL | PTL. | 4464 | | | PAGE _4_ OF _5_ |

FORM 435 A  REV. 10/87

06/11/03  15:53:17  RRS #:893606403746333      Adj:CLAIMCENTRAL Claim#:30-V650-  PAGE:006

PAGE  5  OF  5

ST. ALEXIS SPLAE = HWH

91-03-000 ∙∙

05-21-03

Drawing not to scale

---

I-295 N/B →

DMB E/B Span

---

FRP V-1
FRP V-1 = 200'
E/o FRP V-2

FRP V-2
FRP V-2 = 60'
E/o END OF SKID

10' SKID

50' SKID

20' YAW

SKID STARTS
375' E/o POI

1 MILE E/o R∙R

POI
POI 29'
E/o L.S.

CATWALK    4  3  2  1    CATWALK

LIGHT
STANDED
=BASE

8 ← 12 → 12 → 12 → 12 → 10

06/11/03  15:53:41   RRS #:893606403746333     Adj:CLAIMCENTRAL Claim#:30-V650-  PAGE:007

# STATE OF DELAWARE
## COMMERCIAL VEHICLE ACCIDENT SUPPLEMENT

A. Complaint Number    91-03-009127

B. Carrier's Identification Numbers    USDOT  132582

ICC MC   237660    STATE # & STATE    TN

(1)_____YES   (2)_____NO

D. Carrier's Name    SATTERSFIELD TRUCKING

Source: (1)_____ Vehicle Side
(2)_____ Shopping Papers or Trip Manifest
(3)  ✓  Driver
(4)_____ Log Book

E. Carrier's Address:    P.O. BOX 1166
Street          City
TALBOT, TN 37877
State          Zip

F.    1-800-489-7470
Driver's Dispatch Phone Number

G. Date & Time of    05/21/03    20:53
Mth. Day Year    Time

H. Accident    I-295 N/B LANE #1 DMB
Route / Street   City   County

I. Driver's Name    ALLEN, JACK M.
Last   First   M.I.

J. Drivers Date of Birth    07/28/1936
Mth. Day Year

K. Driver's License Number & License State
31144566    TN
License Number    License State

L. Vehicle Configuration    6

(1) Bus (seats for 16 people or more, including driver)
(2) Single-unit truck, 2 axle, 6 tires
(3) Single-unit truck, 3 or more axles
(4) Truck / trailer
(5) Truck / tractor (bobtail)
(6) Tractor / semitrailer
(7) Tractor / double
(8) Tractor / triple
(9) Unknown Truck, cannot classify

M Cargo Body Type    2

(1) Bus (seats for 16 people or more, including driver)
(2) Van / Enclosed Box
(3) Cargo Tank
(4) Flatbed
(5) Dump
(6) Concrete Mixer
(7) Auto Transporter
(8) Garbage / Refuse
(9) Other

N. Number of Axles (including

O. Gross Vehicle Weight Rating    80,000    lbs.

P. Vehicle Identification Number    1XPDR9X3L0297010

Q. Vehicle License # & License State    69986HY    TN
License #    State

R. Hazardous Materials Involvement

Hazardous Material Placard?  (1) Yes____  (2) No ✓
Haz Mat Release of Cargo?  (1) Yes____  (2) No ✓
Haz Mat Name    N/A
Haz Mat 4-Digit Number    N/A
Haz Mat 1-Digit Number    N/A

S. Sequence of Events (for this vehicle)

#1 9   #2____  #3____  #4____

1 Ran off Road
2 Jackknife
3 Overturn (Rollover)
4 Downhill Runaway
5 Cargo Loss or Shift
6 Explosion or Fire
7 Separation of Units
8 Collision Involving Pedestrians
9 Collision Involving Motor Vehicle in Transport
10 Collision Involving Parked Motor vehicle
11 Collision Involving Train
12 Collision Involving Pedacycycle
13 Collision Involving Animal
14 Collision Involving Fixed Object
15 Collision Involving Other Object
16 Other

Form No. 439A
10/95                                          OVER

06/11/03  15:54:10  RRS #:093606403746333    Adj:CLAIMCENTRAL Claim#:30-V650-  PAGE:008

T. Trafficway _____ 4 _____

    (1) Not Physically divided (two-way trafficway)
    (2) Divided highway, median strip, w/o traffic barrier
    (3) Divided highway, median strip, w/ traffic barrier
    (4) One-way trafficway

U. Access Control _____ 2 _____

    (1) No control (unlimited access)
    (2) Full control (only ramp entry and exit)
    (3) Other

V. Weather Condition _____ 2 _____

    (1) No adverse condition
    (2) Rain
    (3) Sleet, hail
    (4) Snow
    (5) Fog
    (6) Blowing sand, soil, dirt or snow
    (7) Severe crosswinds
    (8) Other
    (9) Unknown

W. Road Surface Condition _____ 2 _____

    (1) Dry
    (2) Wet
    (3) Snow or slush
    (4) Ice
    (5) Sand, mud, dirt or oil
    (8) Other
    (9) Unknown

Y. Apparent Driver Condition _____ 1 _____

    (1) Appeared normal
    (2) Had been drinking
    (3) Illegal drug use
    (4) Sick
    (5) Fatigue
    (6) Asleep
    (7) Medication
    (8) Unknown

Z. Number of Fatalities _____ 0 _____

   Number of Injuries _____ 1 _____

   Was Any Vehicle Towed Away ___✓___
                   Yes           No

X. Light Condition _____ 3 _____

    (1) Daylight
    (2) Dark - not lighted
    (3) Dark - lighted
    (4) Dawn
    (5) Dusk
    (9) Unknown

## TYPICAL VEHICLE SILHOUETTES



1. Bus
2. Single Unit Truck - 2 axle / 6
3. Single Unit Truck - 3 axle
4. Truck with Trailer
5. Truck Tractor (Bobtail)
6. Tractor with Semi-trailer
7. Tractor with Double Trailers
8. Tractor with Triple Trailers

| Officer's Name | PTL. A. SCHAAL | IBM # | 4464 |

# EXHIBIT B

EFiled: May 14 2005  4:16PM EDT
Filing ID 5819431

# SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS

**COUNTY:  (N)  K   S**

**CIVIL ACTION NUMBER:** 05C-05- 168 – CHT

**CIVIL CASE CODE:**  CPIA

**CIVIL CASE TYPE:** <u>Personal Injury Auto</u>

**Caption:**

DESIREE C. SKINNER,

            Plaintiff,

Vs.

JACK M. ALLEN, SATTERFIELD
TRUCKING CORPORATION and
PACCAR FINANCIAL CORP.,

            Defendants.

**Name & Status of Party Filing Document:**

Desiree C. Skinner, Plaintiff

**Document Type:**  COMPLAINT & CERTIFICATE OF
VALUE, ANSWER TO FORM 30 INTERROGATORIES,
PRAECIPE, SUMMONS, AND AFFIDAVIT.

**Non-Arbitration:** <u>X</u>   eFile: <u>  X  </u>

- (CERTIFICATION OF VALUE MAY BE REQUIRED)

**Arbitration:** ___  Mediation ___  Neutral Assessment ___

**DEFENDANT** (CIRCLE ONE)   **ACCEPT       REJECT**

**Jury Demand:** <u>  X  </u> Yes _____ No

**Track Assignment Requested:**

**Attorney Name(s):** Matthew M. Bartkowski, Esq.
(#3236)

**Firm Name(s):** Kimmel, Carter, Roman & Peltz

**Office Address:**

200 Biddle Avenue, Suite 101
Springside Plaza
PO Box 1070
Bear, DE  19701

**Telephone Number:**  (302) 392-5277

**Fax Number:**  (302) 392-0800

**E-Mail Address:** mmbartkowski@kcrlaw.com

**EXPEDITED    (STANDARD)    COMPLEX**

Identify Any Related Cases Now Pending in the Superior
Court by Caption and Civil Action Number Including
Judge's initials:

None.

**Explain the Relationship(s):**

Not applicable

**Other Unusual Issues that Affect Case Management:**

Not applicable.

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE
PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS
FILED. THE FAILURE TO FILE THE CIS AND TO HAVE THE PLEADING PROCESSED FOR SERVICE
MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST
RESPONSIVE PLEADING BEING STRICKEN.

EFiled: May 14 2005 4:16PM EDT
Filing ID 5819431

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| DESIREE C. SKINNER, | ) | |
| | ) | C.A. No. 05C-05-168-CHT |
| Plaintiff, | ) | |
| | ) | NON-ARBITRATION CASE |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| JACK M. ALLEN, SATTERFIELD | ) | |
| TRUCKING CORPORATION and | ) | |
| PACCAR FINANCIAL CORP., | ) | |
| | ) | |
| Defendants. | ) | |

**PRAECIPE**

TO:    Prothonotary

**PLEASE ISSUE:**  Summons, Complaint, Plaintiff's Answers to Superior Court Form 30

Interrogatories and Affidavit of Counsel to the defendants as follows:

1.    **Jack M. Allen**, through the Secretary of State, pursuant to 10 Del.C. §3112.  That

defendant's address is 146 Bryant Street, Newport, Tennessee, 37821.

2.    **Satterfield Trucking Corporation**, through the Secretary of State, pursuant to 10

Del.C. §3112.  That defendant's address is 254 Lucille Lane, PO Box 1166, Talbot, Tennessee,

37877.

3.    **Paccar Financial Corp.**, through the Secretary of State, pursuant to 10 Del.C.

§3112.  That defendant's address is 100 Crescent Center Parkway, Tucker, Georgia, 30081.

/s/ Matthew M. Bartkowski, Esq.
Matthew M. Bartkowski, Esq. (#3236)
Kimmel, Carter, Roman & Pelt, P.A.
200 Biddle Avenue, Ste. 101
PO Box 1070
Bear, DE  19701
(302) 392-5277
Attorney for Plaintiff

EFiled: May 14 2005  4:16 ~ EDT
Filing ID 5819431

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| DESIREE C. SKINNER, | ) | C.A. No.: 05C-05- 168 -CHT |
| | ) | |
| Plaintiff, | ) | NON-ARBITRATION CASE |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| JACK M. ALLEN, SATTERFIELD | ) | |
| TRUCKING CORPORATION and | ) | |
| PACCAR FINANCIAL CORP., | ) | |
| | ) | |
| Defendants. | ) | |

**THE STATE OF DELAWARE,**

**TO THE SHERIFF OF KENT COUNTY:**

**YOU ARE COMMANDED:**

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon Matthew M. Bartkowski, Esq., plaintiff's attorney, whose address is 200 Biddle Ave., Suite 101, PO Box 1070, Bear, DE, 19701, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiffs).

Dated: 5/12/05

SHARON AGNEW
Prothonotary

_____
Per Deputy

**TO THE ABOVE NAMED DEFENDANT:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

SHARON AGNEW
Prothonotary

_____
Per Deputy

Rev 5/91-1

EFiled: May 14 2005 4:16PM EDT
Filing ID 5819431

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| DESIREE C. SKINNER, | ) |
| Plaintiff, | ) C.A. No. 05C -05-168 CHT |
| | ) |
| vs. | ) NON-ARBITRATION CASE |
| | ) |
| | ) JURY TRIAL DEMANDED |
| JACK M. ALLEN, SATTERFIELD | ) |
| TRUCKING CORPORATION and | ) |
| PACCAR FINANCIAL CORP., | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

1.    On 5/21/03, at approximately 8:50 p.m., the plaintiff was operating her vehicle northbound on I-295 in the first lane on the Delaware Memorial Bridge in Wilmington, New Castle County, Delaware, when a tractor trailer operated by the individual defendant, acting as the agent, employee or servant of the corporate defendants, which was traveling northbound on I-295 in the second lane of Delaware Memorial Bridge, in a negligent and careless manner, attempted to change into the first lane of Delaware Memorial Bridge, striking the plaintiff's vehicle resulting in serious injuries to the plaintiff.

2.    The individual defendant, Jack M. Allen, was negligent in a manner which proximately caused the accident in that he:

a)    failed to keep a proper lookout;

b)    failed to maintain proper control of the vehicle he was operating;

c)    operated his vehicle at an unsafe speed, in violation of 21 Del.C. §4168;

d)    operated his vehicle in a careless and/or inattentive manner, in violation of 21

<u>Del.C.</u> §4176;

e)    made an unsafe lane change, in violation of 21 <u>Del.C.</u> §4122.

3.    The negligence of the individual defendant is imputed to the corporate defendants

since the former was operating his vehicle as the agent, servant and/or employee of the corporate

defendants, and was pursuing the corporate defendants' business at the time of the aforesaid

accident.  The corporate defendants deny agency by affidavit pursuant to 10 <u>Del.C.</u> §3916.

4.    As a result of the aforesaid conduct of the defendants, the plaintiff sustained injuries

to her neck, back, head, thoracic spine, depression, and other injuries, some or all of which may be

permanent, pain and suffering, mental distress and other damages.

WHEREFORE, the plaintiff demands judgment against the defendants jointly and severally

for their general and special damages in excess of PIP, and other damages, including but not limited

to other special damages, in an amount to be determined by a jury, plus costs and interest.

/s/ Matthew M. Bartkowski
Matthew M. Bartkowski, Esq. (#3236)
Kimmel, Carter, Roman & Pelt, P.A.
200 Biddle Avenue, Ste. 101
PO Box 1070
Bear, DE  19701
(302) 392-5277
Attorney for Plaintiff

Dated:  5/11/05

# EXHIBIT C

# RAWLE & HENDERSON LLP



The Nation's Oldest Law Office • *Established in 1783*

**www.rawle.com**

DELIA A. CLARK
215-575-4291
dclark@rawle.com

300 DELAWARE AVENUE
SUITE 1015, P.O. BOX 588
WILMINGTON, DE 19899-0588

TELEPHONE:(302) 778-1200
FACSIMILE:(302) 778-1400

August 25, 2005

**Via facisimile only 302-392-0800**

Matthew Bartkowski, Esquire
Kimmel, Carter, Roman & Peltz
P.O. Box 1158
Bear, DE 19701

> **RE:**   ***Skinner v. Allen and Satterfield Trucking***
> ***C.A. No.  05C-05-168 (CHT)***
> <u>***Our File No.  300,673***</u>

Dear Mr. Bartkowski:

This letter will confirm our conversation.  We have been retained by Liberty Bell Agency to represent Jack Allen and Satterfield trucking.  We understand the Satterfield Trucking is no longer in operation. We have permission form our carrier to accept service on their behalf.  Therefore, kindly forward the complaint to the undersigned.  In addition, please forward the documents pursuant to Sup. Ct. R. 3(h).

Lastly, when we spoke I advised that on the date of the accident, Mr. Allen was employed by Satterfield Trucking.  Satterfield Trucking is the motor carrier.  We will admit that Mr. Allen was driving the truck in furtherance of the business of Satterfield only.  We have no knowledge of Pacar Financial.  You advised that you will speak to the referring attorney to discuss.  We would request that you enter into a Stipulation to dismiss  Pacar Financial.

Please advise.  Thank you for your consideration.

Very truly yours,

RAWLE & HENDERSON LLP

By: _____
       Delia A. Clark

DAC/dc

1194430 v.1

# EXHIBIT D

## CERTIFICATION OF VALUE

I, MATTHEW M. BARTKOWSKI, attorney for the plaintiff, hereby certify in good faith at this time, in my opinion that the sum of damages of the plaintiff is in excess of $100,000.00, exclusive of costs and interest.

/s/ Matthew M. Bartkowski, Esq.
**Matthew M. Bartkowski, Esq. (#3236)**
Kimmel, Carter, Roman & Peltz, P.A.
P.O. Box 1070
Bear, DE  19701
(302) 392-5277
Attorney for Plaintiff

EXHIBIT E

LAW OFFICES

# KIMMEL, CARTER, ROMAN & PELTZ

PROFESSIONAL ASSOCIATION

MORTON RICHARD KIMMEL*
EDWARD B. CARTER, JR.
THOMAS J. ROMAN
WILLIAM R. PELTZ
MICHAEL D. BEDNASH
MATTHEW M. BARTKOWSKI**
WILLIAM R. BAKER, JR.***
JONATHAN B. O'NEILL****
DANIEL A. SCHWARZ▲
LAWRANCE KIMMEL SPILLER▲

MAILING ADDRESS
P.O. BOX 1070
BEAR, DELAWARE 19701
———
(302) 392-5277 (KCRP)
(866) 792-5277 (TOLL FREE)
FAX (302) 392-0800
WWW.KCRLAW.COM

OFFICE LOCATIONS
200 BIDDLE AVENUE
SUITE 101
SPRINGSIDE PLAZA
NEWARK, DE
———
913 MARKET STREET
SUITE 700
WILMINGTON, DE
(302) 571-0800

*ALSO MEMBER DC BAR
**ALSO MEMBER PA BAR
***ALSO MEMBER MD BAR
****ALSO MEMBER NJ BAR
▲MEMBER PA & NJ BARS ONLY

E-mail: mmbartkowski@kcrlaw.com

September 12, 2005

RE:   **Desiree C. Skinner vs. Allen, Satterfield Trucking and Paccar Financial
      KCRP Case #206664
      C.A. No.:  05C-05-168 (CHT)**

---

Delia Ann Clark, Esquire
Rawle & Henderson, LLP
300 Delaware Avenue, Ste. 1015
Wilmington, DE  19801

Dear Delia:

Enclosed is a copy of the Complaint we filed in the above-captioned matter.

Very truly yours,

Matthew M. Bartkowski, Esq.

MMB/kem
Encl.