The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I.(a) PLAINTIFFS**
DESIREE SKINNER

**DEFENDANTS**
Satterfield Trucking Corporation

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES) Salem County NJ

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Matthew M. Bartkowski, Esq.
Kimmel, Carter, Roman & Peltz, P.A.
200 Biddle Avenue, Ste 101
PO Box 1070
Bear, DE 19701

ATTORNEYS (IF KNOWN)

Delia Clark, Esquire
Rawle & Henderson, LLP
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801
302-778-1200

**II. BASIS OF JURISDICTION**     (PLACE AN "X" IN ONE BOX ONLY)

☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☐ 3. Federal Question (U.S. Government Not a Party)
☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**
For diversity cases only     (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in this State | ☐4 | ☐4 |
| Citizen of Another State | ☒2 | ☐2 | Incorporated or Principal Place of Business in Another State | ☐5 | ☒5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV.  ORIGIN**     (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**V.  NATURE OF SUIT**     (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/ PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐610 Agriculture | ☐**422 Appeal 28 USC 158** | ☐**400 State Reapportionment** |
| ☐120 Marine | ☐**310 Airplane** | ☐**362 Personal Injury-- Med Malpractice** | ☐620 Other Food&Drug | ☐**423 Withdrawal 28 USC 157** | ☐**410 Antitrust** |
| ☐130 Miller Act | ☐**315 Airplane Product Liability** | ☐**365 Personal Injury-- Product Liability** | ☐625 Drug Related Seizure of Property 21, USC 881 | | ☐**430 Banks and Banking** |
| ☐140 Negotiable Instrument | ☐**320 Assault, Libel & Slander** | ☐**368 Asbestos Personal Injury Product Liability** | ☐630 Liquor Laws | **PROPERTY RIGHTS** | ☐**450 Commerce/ICC Rates/etc.** |
| ☐150Recovery of Overpayment & Enforcement of Judgment | ☐**330 Federal Employer's Liability** | | ☐640 R.R. & Truck | ☐**820 Copyrights** | ☐**460 Deportation** |
| ☐151 Medicare Act | ☐**340 Marine** | PERSONAL PROPERTY | ☐650 Airline Regs | ☐**830 Patent** | ☐**470 Racketeer Influenced and Corrupt Organizations** |
| ☐152 Recovery of Defaulted Student Loans (Exc. Veterans) | ☐**345 Marine Product Liability** | ☐370 Other Fraud | ☐Occupational Safety/Health | ☐**840 Trademark** | ☐**810 Selective Service** |
| ☐153 Recovery of Overpayment of Veteran's Benefits | ☒**350 Motor Vehicle** | ☐371 Truth in Lending | | | ☐**850 Securities/Commodities/ Exchange** |
| ☐160 Stockholder's Suits | ☐**355 Motor Vehicle Product Liability** | ☐380 Other Personal Property Damage | | **SOCIAL SECURITY** | ☐**875 Customer Challenge 12 USC 3410** |
| ☐190 Other Contract | ☒**360 Other Personal Injury** | ☐385 Property Damage Product Liability | **LABOR** | ☐**861 HIA (1395FF)** | ☐**891 Agricultural Acts** |
| ☐195 Contract Product Liability | | | ☐**710 Fair Labor Standards Act** | ☐**862 Black Lung (923)** | ☐**892 Economic Stabilization Act** |
| | | | ☐**720 Labor/Mgmt. Relations** | ☐**863 DIWC/DIWW (405(g)** | ☐**893 Environmental Matters** |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐**730 Labor/Mgmt. Reporting & Disclosure Act** | ☐**864 SSID Title XVI** | ☐**894 Energy Allocation Act** |
| | | | ☐**740 Railway Labor Act** | ☐**865 RIS (405(g))** | ☐**895 Freedom of Information Act** |
| ☐**210 Land Condemnation** | ☐**441 Voting** | ☐**510 Motions to Vacate Sentence** | ☐**790 Other Labor Litigation** | | ☐**900 Appeal of Fee Determination Under Equal Access to Justice** |
| ☐**220 Foreclosure** | ☐**442 Employment** | **HABEAS CORPUS:** | ☐**791 Empl. Ret. Inc. Security Act** | **FEDERAL TAX SUITS** | ☐**950 Constitutionality of State Statutes** |
| ☐**230 Rent Lease & Ejectment** | ☐**443 Housing/ Accommodations** | ☐**530 General** | | ☐**870 Taxes (U.S. Plaintiff or Defendant)** | ☐**890 Other Statutory Actions** |
| ☐**240 Torts to Land** | ☐**444 Welfare** | ☐**535 Death Penalty** | | | |
| ☐**245 Tort Product Liability** | ☐**440 Other Civil Rights** | ☐**540 Mandamus & Other** | | ☐**871 IRS – Third Party 26 USC 7609** | |
| ☐**290 All Other Real Property** | | ☐**550 Civil Rights** | | | |

**VI.   CAUSE OF ACTION** (CITE THE U.S. CIVIL STATURE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE) Diversity of Citizenship pursuant to 28 U.S.C. §1332

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A **CLASS ACTION UNDER  F.R.C.P. 23**

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☒ YES    ☐ NO

**VIII.  RELATED CASE(S)  IF ANY**
(See Instructions):

JUDGE _____     DOCKET NUMBER _____

DATE: **September 19, 2005**     SIGNATURE OF ATTORNEY OF RECORD _Delia Clark_

FOR OFFICE USE ONLY

RECEIPT # ____  AMOUNT  $ ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE____

1131989 v.1

1131989 v.1