AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __05  689__

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF __3__ COPIES OF AO FORM 85.

__SEP 2 0 2005__                    __Moira Ferguson__
(Date forms issued)                 (Signature of Party or their Representative)

__Moira Ferguson__
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action