IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DESIREE C. SKINNER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 05-689-SLR |
| | ) | |
| vs. | ) | |
| | ) | |
| JACK M. ALLEN, SATTERFIELD TRUCKING CORPORATION, PACCAR FINANCIAL CORPORATION, | ) ) ) ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE CLERK:

IT IS HEREBY STIPULATED AND AGREED by and between counsel of record for the parties herein that the above-captioned matter be dismissed with prejudice.

_____
Matthew M. Bartkowski, Esq. (#3236)
Kimmel, Carter, Roman & Peltz, P.A.
200 Biddle Ave., Ste. 101, Springside Plaza
PO Box 1070
Bear, DE 19701
Attorney for Plaintiff

_____
Delia A. Clark, Esquire (#3337)
Rawle & Henderson, LLP
300 Delaware Ave., Ste. 1015
PO Box 588
Wilmington, DE 19899
Attorney for Defendants

1265665 v.1